## ANNETTE VOID *v.* CELIDETH MERCADO
## (AC 25410)

Dranginis, Bishop and McLachlan, Js.

Submitted on briefs January 12—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

## PETER LARSON *v.* MATILDE LARSON
## (AC 24313)

Lavery, C. J., and Schaller and Dranginis, Js.

Argued February 8—officially released March 8, 2005

Per Curiam. The judgment is affirmed.